441 A.2d 442

Commonwealth v. Hosler, Appellant.

Argued December 5, 1980. Ronald R. Pellish, for appellant; Richard B. Russell, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.